ORDERED.

Dated: October 06, 2015

*Michael G. Williamson*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

SCRUB ISLAND DEVELOPMENT
GROUP LIMITED,

SCRUB ISLAND CONSTRUCTION
LIMITED,

    Debtors.
_____/

SCRUB ISLAND DEVELOPMENT
GROUP LIMITED and SCRUB ISLAND
CONSTRUCTION LIMITED,

    Plaintiffs,

vs.

FIRSTBANK PUERTO RICO,

    Defendant.
_____/

Chapter 11

Case No. 8:13-bk-15285-MGW

*Jointly Administered with*

Case No. 8:13-bk-15286-MGW

Adv. Proc. No. 8:14-ap-00534-MGW

## ORDER DISMISSING CLAIMS WITH PREJUDICE

THIS PROCEEDING came on for consideration on the Stipulation for Dismissal of Claims with Prejudice (Adv. Doc. No. 96) (the "Stipulation") filed by the Plaintiffs, Scrub Island Development Group Limited and Scrub Island Construction Limited (the "Plaintiffs"), and

Defendant, FirstBank Puerto Rico (the "Defendant" and collectively with the Plaintiffs, the "Parties"), and the Court having reviewed the Stipulation, being advised of the agreement of counsel of the Parties, and otherwise being duly advised on the premises, it is

**ORDERED** that all claims of the Parties are hereby dismissed, with prejudice. Each party to bear its own attorneys' fees and costs, all subject to and in accordance with the Stipulation.

Attorney Daniel R. Fogarty is directed to serve a copy of this order on those parties receiving notice via cm/ecf and file a proof of service within 3 days of entry of the order.